# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-1473

_____

United States of America

*Plaintiff - Appellee*

v.

Leticia Maria Caballero

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Sioux City

_____

Submitted: August 26, 2019
Filed: August 29, 2019
[Unpublished]

_____

Before LOKEN, GRUENDER, and KOBES, Circuit Judges.

_____

PER CURIAM.

Leticia Caballero appeals after the district court[1] revoked her supervised release, and sentenced her above the advisory Guidelines range to 18 months in

_____

[1]The Honorable Leonard T. Strand, Chief Judge, United States District Court for the Northern District of Iowa.

prison.  Her counsel has moved for leave to withdraw, and has filed a brief challenging the sentence.

After careful review of the record, we conclude that the district court did not abuse its discretion in sentencing Caballero, as it properly considered the 18 U.S.C. § 3553(a) factors; there was no indication that it overlooked a relevant factor, or committed a clear error of judgment in weighing relevant factors, see United States v. Miller, 557 F.3d 910, 915-18 (8th Cir. 2009) (standard of review); and the sentence was below the statutory limit, see 18 U.S.C. §§ 3583(e)(3).

Accordingly, we grant counsel's motion to withdraw, and affirm.

_____